UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

Case No. 6:22-cr-00001-ACC-GJK

v.

SEALED DOCUMENT

**TOMAS ZIUPSNYS,**
    **Defendant.**

## MOTION FOR LEAVE TO ELECTRONICALLY FILE UNDER SEAL

**COMES NOW,** the Defendant, **TOMAS ZIUPSNYS**, by and through his undersigned counsel of record, and request that this Honorable Court enter an Order Sealing the Defendant's Supplement to the Defendant' Tomas Ziupsnys's Sentencing Memorandum and Motion for a Downward Variance for the reasons set forth below:

1. Defendant's Sentencing Memorandum and Request for a Downward Variance references information of a sensitive nature and could compromise the Defendant and his family's safety based on information contained therein.

**WHEREFORE**, counsel for the Defendant respectfully requests that this Court enter an Order Sealing the Defendant's Addendum to the Sentencing Memorandum and Request for a Downward Variance along with Attachments for those reasons stated hereinabove.

# CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on May 10, 2022, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Assistant United States Attorney(s), Emily Chang, Office of the United States Attorney, 400 W. Washington St., Suite 300, Orlando, FL 32805.

              **NeJame Law, P.A.**
              189 South Orange Avenue
              Suite 1800
              Orlando, Florida 32801
              Office: 407-500-0000
              Attorneys for Defendant

              */s/ Joseph Flynn*
              Joseph Flynn
              Florida Bar Number: 47027
              Primary Email: trey@nejamelaw.com
              Secondary Email: jessica@nejamelaw.com

              */s/ Chelsea Simmons*
              Chelsea Simmons
              Florida Bar Number: 57267
              Primary Email: chelseas@nejamelaw.com
              Secondary Email: lisa@nejamelaw.com